UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN HAYNES COLLINS,

        Petitioner,

v.

        File No. 1:08-cv-369

        HON. ROBERT HOLMES BELL

MARY BERGHUIS,

        Respondent.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 22, 2011, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Petitioner's habeas corpus petition be denied. (Dkt. No. 19.) No objections have been filed, and the deadline for doing so has expired.[1] The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the August 22, 2011, R&R (Dkt. No. 19) is **APPROVED** and **ADOPTED** as the opinion of the Court.

---

[1] The Court's electronic docket indicates that the Magistrate Judge's R&R was sent to Petitioner at his place of incarceration via U.S. Mail, but that the document was returned to the Court marked "parole/probation." (Dkt. No. 20.) The Sixth Circuit has held that parole of a prisoner does not invalidate a petition for habeas corpus filed during the prisoner's incarceration. *Abela v. Martin*, 380 F.3d 915, 921 (6th Cir. 2004). However, it is Petitioner's responsibility to keep the Court appraised of his mailing address.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED**.


Dated:  September 15, 2011                              /s/ Robert Holmes Bell
                                                                         ROBERT HOLMES BELL
                                                                         UNITED STATES DISTRICT JUDGE